# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

1   U.S. Government Plaintiff

3   Federal Question
*(U.S. Government Not a Party)*

2   U.S. Government Defendant

4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **LABOR** | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 710 Fair Labor Standards Act | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | 720 Labor/Management Relations | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 740 Railway Labor Act | 835 Patent—Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | 370 Other Fraud | 751 Family and Medical Leave Act | 840 Trademark | 460 Deportation |
| | 350 Motor Vehicle | 371 Truth in Lending | 790 Other Labor Litigation | **SOCIAL SECURITY** | 470 Racketeer Influenced & Corrupt Organizations |
| 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | 791 Employee Retirement Income Security Act | 861 HIA (1395ff) | 480 Consumer Credit |
| 160 Stockholders' Suits | 360 Other Personal Injury | 385 Property Damage Product Liability | **IMMIGRATION** | 862 Black Lung (923) | 490 Cable/Sat TV |
| 190 Other Contract | 362 Personal Injury -Medical Malpractice | | 462 Naturalization Application | 863 DIWC/DIWW (405(g)) | 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | 465 Other Immigration Actions | 864 SSID Title XVI | 890 Other Statutory Actions |
| 196 Franchise | 440 Other Civil Rights | **HABEAS CORPUS** | | 865 RSI (405(g)) | 891 Agricultural Acts |
| **REAL PROPERTY** | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 210 Land Condemnation | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 220 Foreclosure | 443 Housing/ Accommodations | 530 General | | 871 IRS–Third Party 26 USC § 7609 | 896 Arbitration |
| 230 Rent Lease & Ejectment | 445 Amer. w/Disabilities– Employment | 535 Death Penalty | | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 240 Torts to Land | 446 Amer. w/Disabilities–Other | **OTHER** | | | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 448 Education | 540 Mandamus & Other | | | |
| 290 All Other Real Property | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee– Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

1   Original Proceeding

2   Removed from State Court

3   Remanded from Appellate Court

4   Reinstated or Reopened

5   Transferred from Another District *(specify)*

6   Multidistrict Litigation–Transfer

8   Multidistrict Litigation–Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, Fed. R. Civ. P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**      Yes      No

## VIII. RELATED CASE(S), IF ANY *(See instructions):*

JUDGE                    DOCKET NUMBER

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)

**(Place an "X" in One Box Only)**      **SAN FRANCISCO/OAKLAND**          **SAN JOSE**          **EUREKA-MCKINLEYVILLE**

**DATE**                    **SIGNATURE OF ATTORNEY OF RECORD**

*California v. Pruitt*, addendum to civil cover sheet, Page 1 of 3

## Addendum to Civil Cover Sheet

### *State of California, et al. v. Scott Pruitt & United States Environmental Protection Agency*

**Section I(c): Attorneys**

1.  FOR THE STATE OF CALIFORNIA
    AND THE CALIFORNIA AIR RESOURCES BOARD

    Jonathan Wiener
    Melinda Pilling
    Timothy E. Sullivan
    Deputy Attorneys General
    California Department of Justice
    Office of the Attorney General
    455 Golden Gate Ave., Suite 11000
    San Francisco, CA 94102
    (415) 703-5969

2.  FOR THE STATE OF NEW YORK

    Morgan A. Costello
    Brian Lusignan
    Assistant Attorneys General
    Environmental Protection Bureau
    The Capitol
    Albany, NY 12224
    (518) 776-2399

3.  FOR THE STATE OF CONNECTICUT

    Jill Lacedonia
    Assistant Attorney General
    Office of the Attorney General
    P.O. Box 120, 55 Elm Street
    Hartford, CT 06141-0120
    (860) 808-5250

4.  FOR THE STATE OF ILLINOIS

    Gerald T. Karr
    Assistant Attorney General
    69 W. Washington St., 18th Floor
    Chicago, IL 60602
    (312) 814-0660

*California v. Pruitt*, addendum to civil cover sheet, Page 2 of 3

5.  FOR THE STATE OF IOWA

Jacob Larson
Assistant Attorney General
Office of Iowa Attorney General
Hoover State Office Building
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
(515) 281-5341

6.  FOR THE STATE OF MAINE

Gerald D. Reid
Natural Resources Division Chief
6 State House Station
Augusta, ME 04333
(207) 626-8800

7.  FOR THE STATE OF MARYLAND

Leah Tulin
Assistant Attorney General
Office of the Maryland Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6962

8.  FOR THE COMMONWEALTH OF MASSACHUSETTS

Carol Iancu
Assistant Attorney General
Environmental Protection Division
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 963-2428

9. FOR THE STATE OF MINNESOTA, BY AND THROUGH ITS
   MINNESOTA POLLUTION CONTROL AGENCY

Max Kieley
Office of the Attorney General
State of Minnesota
Assistant Attorney General
445 Minnesota Street, Suite 900
St. Paul, Minnesota 55101-2127
(651) 757-1244

*California v. Pruitt*, addendum to civil cover sheet, Page 3 of 3

10. FOR THE STATE OF OREGON

   Paul Garrahan
   Attorney-in-Charge
   Natural Resources Section
   Oregon Department of Justice
   1162 Court Street NE
   Salem, OR 97301-4096
   (503) 947-4593


11. FOR THE COMMONWEALTH OF PENNSYLVANIA

   Steven J. Santarsiero
   Michael J. Fischer
   Chief Deputy Attorneys General
   PA Office of the Attorney General
   21 South 12th Street, Third Floor
   Philadelphia, PA 19107
   (215) 560-2380

12. FOR THE STATE OF VERMONT

   Katherine Pohl
   Assistant Attorney General
   Office of the Attorney General
   109 State Street
   Montpelier, VT 05609-1001
   (802) 828-3186

13. FOR THE STATE OF WASHINGTON

   Katharine G. Shirey
   Assistant Attorney General
   Office of the Attorney General
   P.O. Box 40117
   Olympia, WA 98504-0117
   (360) 586-6769


14. FOR THE DISTRICT OF COLUMBIA

   Catherine A. Jackson
   Chief, Public Integrity Section
   Office of the Solicitor General
   Office of the Attorney General
   441 4th Street, NW, Suite 630S
   Washington, DC 20001
   (202) 442-9864