[Reset Form]

                                UNITED STATES DISTRICT COURT

                                NORTHERN DISTRICT OF CALIFORNIA

The State of California, et al.,              )
                                              )   Case No: 17-6936
                    Plaintiff(s),             )
                                              )   **APPLICATION FOR**
        v.                                    )   **ADMISSION OF ATTORNEY**
                                              )   **PRO HAC VICE**
E. Scott Pruitt, et al.,                      )   (CIVIL LOCAL RULE 11-3)
                                              )
                    Defendant(s).             )

    I, Jill Lacedonia, an active member in good standing of the bar of Connecticut, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the State of Connecticut in the above-entitled action. My local co-counsel in this case is CA Deputy AG Jonathan Wiener, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 55 Elm St., P.O. Box 120<br>Hartford, CT 06106 | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (860) 808-5250 | (415) 703-5969 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jill.lacedonia@ct.gov | Jonathan.Wiener@doj.ca.gov |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 426223.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

    Dated: 12/15/17                                          Jill Lacedonia
                                                             APPLICANT

                              ORDER GRANTING APPLICATION
                          FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Jill Lacedonia is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

    Dated: 12/28/2017
                                                    Haywood S. Gilliam Jr.
                                                    UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                              *October 2012*

# State of Connecticut
# Supreme Court

I, **Carolyn C. Ziogas**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

*Do hereby certify*, that, in the Supreme Court at **Hartford** on the **30th** day of **October, 2006**

**Jill Lacedonia**

of

**Simsbury, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.

*In Testimony Whereof,* I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **December 11, 2017**



Carolyn C. Ziogas
Chief Clerk