# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

Plaintiff(s),

v.

E. SCOTT PRUITT, Administrator

Defendant(s).

Case No: 17-6936

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Gerald D. Reid, an active member in good standing of the bar of Maine, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: State of Maine in the above-entitled action. My local co-counsel in this case is Jonathan Wiener, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Maine Office of the Attorney General<br>6 State House Station, Augusta ME 04333-0006 | CA Attorney General's Office, 455 Golden Gate Ave., Suite 11000, San Francisco CA 94102 |
| MY TELEPHONE # OF RECORD:<br>(207) 626-8545 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 703-5969 |
| MY EMAIL ADDRESS OF RECORD:<br>jerry.reid@maine.gov | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jonathan.wiener@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 8014.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/27/17

Gerald D. Reid
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gerald D. Reid is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/28/2017

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# STATE OF MAINE
# SUPREME JUDICIAL COURT

## Certificate of Good Standing

I, Matthew E. Pollack, Executive Clerk of the Supreme Judicial Court, hereby certify that Gerald D. Reid, Esq. (Bar No. 008014) of Augusta, Maine, was duly admitted as an Attorney and Counselor at Law in the State of Maine on October 17, 1994, and is presently registered and in good standing as an Active member of the bar.

Given under my hand and the Seal of said Court on December 15, 2017.

Matthew E. Pollack
Executive Clerk

Not valid without raised seal.