XAVIER BECERRA  
Attorney General of California  
GAVIN G. MCCABE  
Supervising Deputy Attorney General  
MELINDA F. PILLING, SBN 274929  
TIMOTHY E. SULLIVAN, SBN 197054  
JONATHAN WIENER, SBN 265006  
Deputy Attorneys General  
  1515 Clay Street, 20th Floor  
  P.O. Box 70550  
  Oakland, CA  94612-0550  
  Telephone:  (510) 879-0987  
  Fax:  (510) 622-2270  
  E-mail:  Timothy.Sullivan@doj.ca.gov  
*Attorneys for Plaintiff State of California*

JEFFREY H. WOOD  
Acting Assistant Attorney General

Simi Bhat  
Trial Attorney  
U.S. Department of Justice  
Environment and Natural Resources Division  
301 Howard St., Ste. 1010  
San Francisco, CA 94115  
(415) 744-6473  
simi.bhat@usdoj.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, et al.,**<br><br>                      Plaintiffs,<br><br>**v.**<br><br>**SCOTT PRUITT, et al.,**<br><br>                      Defendants. | No. 4:17-cv-06936-HSG<br><br><br>~~**PROPOSED**~~ **ORDER PURSUANT TO STIPULATION FOR ORDER CHANGING TIME** |

Pursuant to stipulation, Defendant's response to Plaintiffs' motion for summary judgment, Dkt. No. 43, shall be DUE January 19, 2018, and Plaintiffs' optional reply shall be DUE January 31, 2018. IT IS SO ORDERED.

January 12, 2017

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.