XAVIER BECERRA
Attorney General of California
GAVIN G. MCCABE
Supervising Deputy Attorney General
MELINDA F. PILLING, SBN 274929
TIMOTHY E. SULLIVAN, SBN 197054
JONATHAN WIENER, SBN 265006
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5969
  Fax: (415) 703-5480
  E-mail: Jonathan.Wiener@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>                                    Plaintiffs,<br><br>          v.<br><br>SCOTT PRUITT, *et al*,<br><br>                                    Defendants. | Case no.: 4:17-cv-6936-HSG<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER SHORTENING TIME FOR MOTION TO CONSOLIDATE** |

Pursuant to stipulation, Plaintiffs' unopposed motion for consolidation is deemed submitted on the papers. The deadlines for opposition and reply briefs on the motion are VACATED. The March 29, 2018 hearing is VACATED and will be removed from the Court's calendar.

IT IS SO ORDERED.

Date:  1/19/2018

Haywood S. Gilliam, Jr.
United States District Judge

SF2017402490

1